IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILIP STUDER & JOANNE E. KARABEC-STUDER, | : : | CIVIL ACTION |
| *Plaintiffs,* | : : | |
| v. | : : | |
| AVIS RENT A CAR SYSTEM, LLC, et al., | : : | |
| *Defendants.* | : | No. 23-cv-3828 |

## ORDER

**AND NOW**, this **28th** day of **March 2025**, upon review of Defendants' Motion for Partial Summary Judgment (ECF No. 63), Plaintiffs' Opposition (ECF No. 65), Defendants' Reply (ECF No. 69), and Plaintiffs' Sur-Reply (ECF No. 70), and the docket, it is hereby **ORDERED** that the Motion (ECF No. 63) is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**